IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00773-LTB

MICHAEL ROY CRAVEN, JR.,

    Plaintiff,

v.

LT. TAMMY L. VIENOT,
TERRI B. WOOD,
RHONDA L. SIMMONS, and
ARAPAHOE COUNTY,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on August 3, 2015, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 3 day of August, 2015.

                    FOR THE COURT,

                    JEFFREY P. COLWELL, Clerk


                    By: s/ A. García Gallegos
                        Deputy Clerk